

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00575-CV

Carlton Clardy **JONES**, as Trustee for the Jones Carlton & Shirley Family Trust and the Shirley Mann Jones Bypass Trust,
Appellants

v.

**FARRIMOND CASTILLO AND BRESNAHAN, P.C.**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2024-CI-16312
Honorable Norma Gonzales, Judge Presiding

PER CURIAM

Sitting:     Adrian A. Spears II, Justice
            H. Todd McCray, Justice
            Velia J. Meza, Justice

Delivered and Filed: March 5, 2025

AGREED MOTION TO DISMISS GRANTED; APPEAL DISMISSED WITH PREJUDICE

The parties have filed an agreed motion to dismiss this appeal with prejudice. The motion is granted, and this appeal is dismissed with prejudice. *See* TEX. R. APP. P. 42.1(a). In accordance with the parties' agreement, all court costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM